


Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

GREAT LAKES INSURANCE SE,

Plaintiff,

vs.

BRYAN CRABTREE and BETHEA CRABTREE, and M&T BANK,

Defendants.

CV 19–164–M–DLC

ORDER

Plaintiff Great Lakes Insurance SE ("Great Lakes") moves for the admission of Steven Goldman to practice before this Court in this case, with Robert Erickson of Rhoades, Siefert and Erickson, PLLP to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Great Lake's motion to admit Steven Goldman pro hac vice (Doc. 3) is GRANTED on the condition that Mr. Goldman does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website,

www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Goldman within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 11th day of October, 2019.

Dana L. Christensen

Dana L. Christensen, Chief Judge
United States District Court