IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | CV 19–164–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRYAN CRABTREE and BETHEA CRABTREE, | |
| Defendants. | |

Before the Court is Defendants Bryan and Bethea Crabtree's Motion to Stay Litigation pursuant to Injunctive Order, or in the Alternative, Motion for Extension of Time to Respond to Plaintiff's Complaint. (Doc. 22.) The Court denies the motion to stay but will give the Defendants additional time to file their Answer or other responsive pleading.

The Crabtrees contend that this matter should be stayed pursuant to an Order of Monition and Injunction issued by the United States District Court for the Southern District of Florida. (Doc. 22-1.) However, that Order does not apply to actions against the Crabtrees or their sailboat but rather to actions brought

1

against another vessel, the "SEA ALICE," and its owners. Further, the present action is simply an insurance coverage dispute, and it is unclear how any lawsuit against the SEA ALICE or its owners could conceivably bear on the Plaintiff's duties to the Defendants under the terms of their insurance contract.

Accordingly, IT IS ORDERED that the Defendants' Motion (Doc. 22) is DENIED in part and GRANTED in part. The motion to stay is denied. The motion for additional time to respond to the Complaint is granted.

IT IS FURTHER ORDERED that the Defendants shall file their Answer or other responsive pleading on or before Monday, April 6, 2020.

DATED this 25th day of March, 2020.

_____
Dana L. Christensen, District Judge
United States District Court